## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 06, 2014

Mr. John Christopher Alexander, Sr.
Alexander Law Firm
3751 Government Street
Suite A
Baton Rouge, LA 70806-0000

No. 14-30196      Gopinath Gopalam v. Wendell Smith, et al
USDC No. 3:12-CV-542

Dear Mr. Alexander,

The following pertains to appellant's brief electronically filed on May 5, 2014.

The appellant's brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. Counsel signing the brief, attorney John Christopher Alexander, Sr., must electronically file a "Form for Appearance of Counsel." You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

2. Effective December 1, 2013, there was a Fifth Circuit Rule change that eliminated the need for a separate Statement of the Facts. With that said, counsel must remove the separate Statement of the Facts and provide a concise Statement of the Case setting out the facts relevant to the issues submitted for review (See FED. R. APP. P 28(a)(6) and Fifth Circuit Rule 28.3(g)).

   **Note**: The Table of Contents must be amended to reflect the changes made to the brief.

Once you have prepared your sufficient brief, you must email it to: dantrell_johnson@ca5.uscourts.gov for review, and copy opposing counsel. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Also, appellants are required to file record excerpts (See 5TH CIR. R. 30.1.2). The record excerpts must be electronically filed within the next **14 days**. (See the below P.S.)

Failure to timely make appellant's brief sufficient via e-mail and/or electronically file appellant's record excerpts may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mrs. Katie Deranger Bell
    Ms. Amanda Marie Collura
    Ms. Erin Wiley Lanoux
    Mr. Bradley Charles Myers
    Mr. Robert Ryland Percy, III

P.S. to Mr. Alexander: There were 2 images attached to the appellant's brief filed event; 1 image was the appellant's brief, and 1 image was the appellant's record excerpts, which is unacceptable. Only the appellant's brief image can be attached to the appellant's brief filed event. The Court will delete the record excerpts image from the appellant's brief filed event.

Counsel must separately file the record excerpts by using the docketing event 'record excerpts filed' within the next **14 days** as stated above.